**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 29, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00293-CV

---

## IN RE APPROXIMATELY $61,083.00, JIMMY SAMUEL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-71992**

---

## MEMORANDUM OPINION

On April 21, 2014, relator Jimmy Samuel filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Randy Wilson, presiding judge of the 157th District Court of Harris County, to vacate an order denying relator's renewed motion for summary judgment.

Relator has not satisfied his burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.